United States District Court
Southern District of Texas
**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY D. JACKSON, *et al.*, § § Plaintiffs, § VS. § AMCAP MORTGAGE LTD., *et al.*, § § Defendants. § § | CIVIL ACTION NO. 4:23-CV-03165 |

**FINAL JUDGMENT**

Plaintiffs Anthony D. Jackson and Superior Consulting Group brought this suit against Defendants AmCap Mortgage Ltd. and Planet Home Lending in Texas state court, after which Planet Home Lending removed it to this Court. ECF No. 1. AmCap Mortgage Ltd. then filed a Motion for Summary Judgment, ECF No. 4, and Planet Home Lending filed a Motion to Dismiss, ECF No. 5. At a hearing held on January 17, 2024, the Court granted the Motion for Summary Judgement and the Motion to Dismiss, dismissing Plaintiffs' claims with prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants AmCap Mortgage Ltd. and Planet Home Lending.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of January, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE